# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH F. LYNCH,        :   No. 787 MAL 2015

         Petitioner       :

                     :   Petition for Allowance of Appeal from

                     :   the Order of the Commonwealth Court

        v.               :

DENISE SOLANA,         :

         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.


      Mr. Justice Eakin did not participate in the decision of this matter.